HARRY GLEICH, Respondent, *v.* CHARLES A. COBB, as Administrator of the Estate of JACOB L. COBB, Deceased, Appellant.

*Gleich* v. *Cobb*, 110 App. Div. 918, affirmed.
(Submitted March 14, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1906, affirming a judgment in favor of plaintiff

entered upon a decision of the court on trial at Special Term in an action to compel specific performance of a contract to convey real property.

*George V. Brower* for appellant.

*Herman G. Loew* and *George Tonkonogy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ.   Not sitting: WILLARD BARTLETT, J.